UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LYNETTE SPARROW | CIVIL ACTION |
| VERSUS | NO: 07-1516-HGB-SS |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the motion of Richard H. Barker, IV ("Barker"), to withdraw of funds from the registry of the Court (Rec. doc. 25) is granted in part and denied in part; (2) Barker is authorized to withdraw $25,600.00 principal plus accrued interest less administrative expenses; and (3) Joseph M. Bruno is authorized to withdraw $6,400.00 plus accrued interest less administrative expenses.

New Orleans, Louisiana, this 9 day of November, 2009.

UNITED STATES DISTRICT JUDGE